IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,
a non-profit corporation,

    Plaintiff,

  v.

GOLDEN TECHNOLOGY COMPANY,
ARNOLD CARSTON, LARRY CARILLO,
FRANCINE CLAYTON, DOES 1–30, inclusive,

    Defendants.
                                   /

No. C 09-05496 WHA

**ORDER SETTING HEARING FOR DISCOVERY DISPUTE**

The parties are **ORDERED** to further meet-and-confer on **FRIDAY, MAY 7, 2010, FROM 11:00–2:00 P.M.** in the Attorney's Lounge in the federal courthouse. At 2:00 p.m. that same day, the Court shall hold a hearing to resolve any unresolved issue(s). Defendant's response to plaintiff's April 23 letter is due by **NOON ON MAY 4**.

Please take notice that only those who personally participate in the further meet-and-confer may be heard at the 2:00 p.m. hearing.

**IT IS SO ORDERED.**

Dated: April 26, 2010.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE