IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, and DOES 1–30, inclusive,<br><br>　　　　Defendants.<br>　<br>AND RELATED COUNTERCLAIMS. | No. C 09-05496 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

　　　　Plaintiff's motion for leave to file a first amended complaint was noticed for May 20, 2010.[*] Under the normal 35-day track, defendants' opposition should have been filed on or before April 29, 2010. It is now Friday, April 30, and no opposition has been filed. Defendants are hereby **ORDERED TO SHOW CAUSE** by **NOON ON TUESDAY, MAY 4, 2010**, why plaintiff's motion should not be treated as unopposed and granted. Since this failure throws off the briefing schedule, the hearing on this motion is **VACATED**.

　　　　**IT IS SO ORDERED.**

Dated: April 30, 2010.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

　　　* While plaintiff simultaneously filed a motion to shorten time, it was denied.