IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,
a non-profit corporation,

    Plaintiff,

  v.

GOLDEN TECHNOLOGY COMPANY,
ARNOLD CARSTON, LARRY CARRILLO,
FRANCINE CLAYTON, DOES 1–30, inclusive,

    Defendants.

No. C 09-05496 WHA

**NOTICE RE DISCOVERY DISPUTE**

With respect to the discovery dispute set for Friday, May 7, counsel are still required to attend the meet-and confer at 11:00 a.m. in the Attorney's Lounge on the eighteenth floor of the federal courthouse. The Court may be in trial all day and into the evening on that day and it may be impossible to hold the discovery hearing itself unless it is very brief. The Court apologizes in advance if the 2:00 p.m. hearing does not materialize. Possibly, the undersigned will be able to work it in during his lunch break but this is not certain.

**IT IS SO ORDERED.**

Dated: May 5, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE