**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NORTHERN CALIFORNIA RIVER WATCH,
a non-profit corporation,

    Plaintiff,

  v.

GOLDEN TECHNOLOGY COMPANY,
ARNOLD CARSTON, LARRY CARILLO,
FRANCINE CLAYTON, DOES 1–30, inclusive,

    Defendants.
    /

No. C 09-05496 WHA

**ORDER CONTINUING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

    Due to the Court's busy calendar, the parties have agreed to **CONTINUE** the hearing on plaintiff's discovery dispute to **FRIDAY, MAY 14, 2010, AT 2:00 P.M.**

    **IT IS SO ORDERED.**

Dated: May 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE