1  Ethan A. Miller (State Bar No. 155965)
   David A. Gabianelli (State Bar No. 158170)
2  Barry D. Brown, Jr. (State Bar No. 233544)
   SQUIRE, SANDERS & DEMPSEY L.L.P.
3  One Maritime Plaza, Suite 300
   San Francisco, California  94111-3492
4  Telephone:   +1.415.954.0200
   Facsimile:    +1.415.393.9887
5  Email:         eamiller@ssd.com
   Email:         dgabianelli@ssd.com
6
7  Attorneys for Third-Party Defendant
   and Cross-Defendant
   PACIFIC INDEMNITY COMPANY
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, DOES 1 - 30, Inclusive,<br><br>Defendants.<br><br>ARNOLD CARSTON, LARRY CARRILLO and FRANCINE CLAYTON<br><br>Cross-Complainants<br><br>vs.<br><br>PACIFIC INDEMNITY COMPANY,<br><br>Cross-Defendant | Case No. CV-09-02581 (WHA)<br><br>Case No. CV-09-05496 (WHA)<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF INSURANCE-RELATED CLAIM IN DEFENDANTS' AND CROSS-COMPLAINANTS' THIRD-PARTY COMPLAINT; [PROPOSED] ORDER** |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA  94111-3492

STIPULATION RE VOLUNTARY DISMISSAL OF INSURANCE-RELATED CLAIM; [PROPOSED] ORDER
CASE NO. CV-09-5496 (WHA)

WHEREAS, Defendants Arnold Carston, Larry Carrillo, Francine Clayton ("Defendants") recently filed a third-party complaint and third-party cross-complaint (the "Cross-Complaint") against Pacific Indemnity Company ("Pacific Indemnity") in this matter on December 24, 2009;

WHEREAS, Pacific Indemnity Company's response to the Cross Complaint is currently due to be filed and served by February 5, 2010;

WHEREAS, parties have met and conferred regarding third-party plaintiffs' claim against Pacific Indemnity in the Cross-Complaint for breach of insurance contract;

Pursuant to Federal Rule of Civil Procedure 41(a) and (c), **IT IS HEREBY STIPULATED** by and between Defendants and Pacific Indemnity as follows:

1. Third-party plaintiffs voluntarily dismiss, without prejudice, any claim whatsoever based on any alleged insurance agreement between Pacific Indemnity and third-party plaintiffs, as reflected in the Cross-Complaint at page 2, line 25 ("…both as an insurer and…"); and

2. As a result, the Cross-Complaint against Pacific Indemnity in this action will be based solely on principles of implied contractual indemnity, as alleged in the Cross-Complaint at page 2, paragraph 3.

**IT IS SO STIPULATED.**

DATED: February 2, 2010            SQUIRE, SANDERS & DEMPSEY L.L.P.


By:   */ s / David A. Gabianelli*
      DAVID A. GABIANELLI

Attorneys for Third-Party Defendant
and Cross-Defendant
PACIFIC INDEMNITY COMPANY

DATED: February 2, 2010            BEYERS COSTIN


By:   */ s / Peter L. Simon*
      PETER L. SIMON

Attorneys for Defendants and Cross-Complainants
AARNOLD CARSTON, LARRY CARRILLO
and FRANCINE CLAYTON

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

1
STIPULATION RE VOLUNTARY DISMISSAL OF INSURANCE-RELATED CLAIM; [~~PROPOSED~~] ORDER
CASE NO. CV-09-5496 (WHA)

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3  DATED:  May 20, 2010.

   _____
   HONORABLE WILLIAM ALSUP
   United States District Judge

   APPROVED
   Judge William Alsup

2

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION RE VOLUNTARY DISMISSAL OF INSURANCE-RELATED CLAIM; [PROPOSED] ORDER
CASE NO. CV-09-5496 (WHA)