1  Jack Silver, Esq. SBN #160575
   Law Office of Jack Silver
2  Jerry Bernhaut, Esq.  SBN 206264
   Post Office Box 5469
3  Santa Rosa, CA 95402-5469
   Tel.(707) 528-8175
4  Fax.(707) 528-8675
   lhm28843@sbcglobal.net
5
   Paul S. Silver, Esq.  SBN #78150
6  Law Office of Paul S. Silver, APC
   815 5th Street, Suite 200
7  Santa Rosa, CA 95404
   Telephone (707) 823-1944
8  Facsimile (707) 527-5443
   paulsilver@yahoo.com
9
   Attorneys for Plaintiff
10 NORTHERN CALIFORNIA RIVER WATCH

11                          UNITED STATES DISTRICT COURT
12                          NORTHERN DISTRICT OF CALIFORNIA
13

14 NORTHERN CALIFORNIA RIVER            CASE NO.: 3:09-cv-05496 WHA
   WATCH, a non-profit corporation,
15                                       STIPULATION OF DISMISSAL OF
               Plaintiff,                ARNOLD CARSTON, LARRY
16     v.                                CARRILLO AND FRANCINE CLAYTON
                                         AS PARTY DEFENDANTS WITHOUT
17 GOLDEN TECHNOLOGY COMPANY,            PREJUDICE [PROPOSED] ORDER
   ARNOLD CARSTON, LARRY CARRILLO,       [FRCP § 41(a)]
18 FRANCINE CLAYTON and DOES 1 - 30,
   Inclusive,
19
               Defendants.
20 _____

21 ARNOLD CARSTON, LARRY CARRILLO,
   and FRANCINE CLAYTON,
22
               Cross-Complainants,
23     v.

24 PACIFIC INDEMNITY COMPANY,

25             Cross-Defendant.
   _____/
26
   //
27
   //
28

Pursuant to FRCP 41(a)(1), IT IS HEREBY STIPULATED by and between plaintiff NORTHERN CALIFORNIA RIVER WATCH, and defendants ARNOLD CARSTON, LARRY CARRILLO and FRANCINE CLAYTON through their designated counsel, that defendants ARNOLD CARSTON, LARRY CARRILLO and FRANCINE CLAYTON be and hereby are dismissed as party defendants to the above-entitled action without prejudice. Each party agrees to bear its own costs of suit.

DATED: 5/25/10

_____
JACK SILVER
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

DATED: 5/28/10

_____
PETER L. SIMON
Attorney for Defendants
ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON

**ORDER**

PURSUANT TO SAID STIPULATION, IT IS SO ORDERED

DATED: June 14, 2010.

_____
WILLIAM H. ALSUP, JUDGE
U.S. DISTRICT COURT

APPROVED
Judge William Alsup