```
 1  Ethan A. Miller (State Bar No. 155965)
    David A. Gabianelli (State Bar No. 158170)
 2  Barry D. Brown, Jr. (State Bar No. 233544)
    SQUIRE, SANDERS & DEMPSEY L.L.P.
 3  One Maritime Plaza, Suite 300
    San Francisco, California 94111-3492
 4  Telephone:  +1.415.954.0200
    Facsimile:  +1.415.393.9887
 5  Email:      eamiller@ssd.com
    Email:      dgabianelli@ssd.com
 6  Email:      bbrown@ssd.com

 7  Attorneys for Third-Party Defendant
    PACIFIC INDEMNITY COMPANY
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOLDEN TECHNOLOGY COMPANY, ARNOLD CARSTON, LARRY CARRILLO, FRANCINE CLAYTON, DOES 1 - 30, Inclusive,<br><br>　　　　Defendants.<br><br>ARNOLD CARSTON, LARRY CARRILLO and FRANCINE CLAYTON<br><br>　　　　Cross-Complainants<br><br>　vs.<br><br>PACIFIC INDEMNITY COMPANY,<br><br>　　　　Cross-Defendant | Case No. 3:09-cv-05496 (WHA)<br><br>**STIPULATION OF DISMISSAL OF THIRD-PARTY CLAIMS AGAINST PACIFIC INDEMNITY COMPANY; [PROPOSED] ORDER**<br><br>[FRCP 41(A)] |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

STIPULATION OF DISMISSAL OF THIRD-PARTY CLAIMS AGAINST PACIFIC INDEMNITY COMPANY; [PROPOSED] ORDER
CASE NO. 3:09-CV-05496

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated and agreed by and between Third-Party Plaintiffs ARNOLD CARSTON, LARRY CARRILLO and FRANCINE CLAYTON, and Third-Party Defendant PACIFIC INDEMNITY COMPANY that all claims alleged in the "Third Party Cross-Complaint Against Pacific Indemnity Company for Breach of Contract and Implied Contractual Indemnity" against PACIFIC INDEMNITY COMPANY (see Dkt. No. 51 in Case No. 3:09-cv-02581 and Case No. 3:09-cv-05496, as modified by stipulation and order in Case No. 3:09-cv-05496) is dismissed without prejudice. The same applies to the Cross-Complaint filed against PACIFIC INDEMNITY COMPANY in Case No. 3:09-cv-02581 (Dkt. No. 31 in Case No. 3:09-cv-02581) in that it is dismissed without prejudice. Each party agrees to bear its own costs of suit.

**IT IS SO STIPULATED.**

DATED: June 1⁴, 2010

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
DAVID A. GABIANELLI

Attorneys for Third-Party Defendant
PACIFIC INDEMNITY COMPANY

DATED: June 23, 2010

BEYERS COSTIN

By: _____
PETER L. SIMON

Attorneys for Defendants and Third-Party Plaintiffs ARNOLD CARSTON, LARRY CARRILLO and FRANCINE CLAYTON

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 24, 2010.

HON. [signature]
Judge William Alsup
APPROVED